IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| Maria Dolores Rodriguez | * | Case No. 23-11003 MCR |
| | * | |
| Debtor | * | Chapter 13 |
| | * | |

## MOTION TO DISMISS CHAPTER 13 CASE

**COMES NOW** Maria Dolores Rodriguez, the Debtor, by and through undersigned counsel, Albert K. Coto, Esq. and the Law Offices of Campos and Associates, and hereby moves this Honorable Court to dismiss her case and, for the grounds thereto, states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on February 15, 2023.

2. The case has not been converted under Sections 706, 1112, or 1208 of the Bankruptcy Code.

3. The Debtor wishes to exercise her right under Section 1307(b) and dismiss her case.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court enter an order dismissing the above-referenced case effectively immediately.

Respectfully submitted,

/s/ *Albert K. Coto*
Albert K. Coto
Of Counsel
Maryland Fed. Bar No. 19217
Law Offices of Campos & Associates
2122 University Blvd. W.
Wheaton, MD 20902
Tel.: (240)233-6816
E-mail: acoto@abogados-maryland.com
*Attorney for the Debtor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 31st day of July 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing **Motion and Proposed Order** will be served electronically by the Court's CM/ECF system on the following:

**Rebecca A. Herr, Chapter 13 Trustee**

**Mark David Meyer, Esq.**

**Chaitanya Gopal, Esq.**

**I HEREBY FURTHER CERTIFY** that on this 31st day of July 2025, a copy of the foregoing **Motion and Proposed Order** was mailed by first-class mail, postage prepaid, to:

Creditors listed on attached Mailing Matrix
(at address listed on Matrix)

/s/ *Albert K. Coto*
Albert K. Coto